DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| 001P11-2 | State v. Lacy Lee Williams, Jr. | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/09/2015** |
|---|---|---|---|
| 002P15 | State v. Tremayne Antoine Lynch | Def's PDR Under N.C.G.S. § 7A-31 | Denied |
| 003P15 | Eric Tucker v. Fayetteville State University and James A. Anderson, Chancellor | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-178) | Denied |
| 005P15 | Commscope Credit Union v. Butler & Burke, LLP, a North Carolina Limited Liability Partnership v. Barry D. Graham, James L. Wright, Ed Dutton, Frank Gentry, Geral Hollar, Joe Cresimore, Mark Honeycutt, Rose Sipe, Todd Pope, Jason Cushing, and Scott Saunders | 1. Def/Third-Party Plt's PDR (COA14-273) 2. Motion of the N.C. Association of Certified Public Accountants and the American Institute of Certified Public Accountants for Leave to File *Amicus Curiae* Brief 3. Motion by Cherry Bekaert LLP, and CliftonLarsonAllen LLP and Dixon Hughes Goodman LLP for Leave to File *Amicus Curiae* Brief in Support of Def/Butler & Burke, LLP 4. Motion by the N.C. Chamber for Leave to File Brief *Amicus Curiae* 5. Motion by the National Association of State Boards of Accountancy for Leave to File *Amicus Curiae* Brief | 1. Allowed 2. Dismissed as moot 3. Allowed 4. Dismissed as moot 5. Dismissed as moot **Beasley, J., recused** |
| 007P15 | State v. Christopher W. Oden | Def's *Pro Se* PWC to Review Order of COA (COAP14-222) | Dismissed |
| 009A14 | Tovar-Mauricio, et al. v. T.R. Driscoll, Inc., et al. | 1. Motion to Withdraw as Counsel 2. Motion to Substitute Counsel | 1. Allowed 2. Allowed |
| 013P15 | George T. Powell, Jr. v. George R. Brown, Penny R. Powers, Robert E. Rousseau, and Shafic Androas | Plt's *Pro Se* Motion for Notice of Appeal | Dismiss *ex mero motu* |
| 017P15 | Philip J. Mohr, as Administator of the Estate of Sam Monroe Matthews v. John C. Matthews, Gloria Matthews, and Joby Matthews | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-271) | Denied |